UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-21384-MOORE/LOUIS

MARLENIS RIVERA REYES,

    Plaintiff,

vs.

ADAM HOME#2, INC. and
FRANCISCO GARCIA SANTIRZO,

    Defendants.
_____/

## JOINT STIPULATION FOR RULE 41 VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, through their respective undersigned counsel, stipulate to the voluntary dismissal of this action **with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), upon condition that the Court retain jurisdiction for a period of 6 months to enforce the parties' settlement agreement. *See Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272 (11th Cir. 2012).

Respectfully submitted on this 3rd day of September 2021.

| | |
|---|---|
| Brian H. Pollock, Esq. | /s/ Vidal Merino Velis, Esq. |
| Brian H. Pollock, Esq. (174742) | Vidal Merino Velis, Esq. 382752 |
| brian@fairlawattorney.com | velislaw@gmail.com |
| FAIRLAW FIRM | 7161 Taft Street |
| 135 San Lorenzo Ave. | Hollywood, FL 33034 |
| Suite 770 | *Counsel for Defendants* |
| Coral Gables, FL 33146 | |